IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN PATE,

    Petitioner,

v.                  Case No. 4:18cv306-MW/EMT

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 11. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. Petitioner's Motion for Injunctive Relief, ECF No. 5, is **DENIED**. This cause is remanded to the Magistrate Judge for further proceedings.

SO ORDERED on August 29, 2018.

                                s/ MARK E. WALKER
                                Chief United States District Judge