# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

ALAN PATE,

    *Petitioner,*

v.                        Case No. 4:18cv306-MW/EMT

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    *Respondent.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**. The certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on June 6, 2019.**

                              s/Mark E. Walker      
                              **Chief United States District Judge**